```
                UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF MISSOURI
                       EASTERN DIVISION
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 4:07CR541 CDP |
| DARWIN MARKEITH HUGGANS, | ) ) ) | |
| Defendant. | ) | |

# **ORDER**

Defendant, who is on bond, has filed a motion for permission to travel to Atlanta, Georgia next week, supposedly because he "has arranged for a consultation with prospective legal counsel for January 5, 2009." I am concerned if defendant is suggesting that he may want to change counsel in this case, as his trial is set for three weeks from today, and it is very late to be suggesting a change in counsel. Perhaps defendant is seeking counsel regarding something else – the motion does not say. The motion also does not say why defendant could not have this consultation over the telephone.

Of more concern, however, is that the motion says the Pretrial Service Office has no objection, and I have consulted with defendant's Pretrial Service Officer, who indicates that defendant has not talked to him about this request to

travel. The Pretrial Services Office has recently reprimanded defendant for traveling outside the district without permission, and so they are not in favor of the request.

In the absence of any good reason for the trip and in view of the last-minute nature of the request, I will deny it.

Accordingly,

**IT IS HEREBY ORDERED** that defendant's request for travel outside the district [#77] is denied.

                                                CATHERINE D. PERRY
                                                UNITED STATES DISTRICT JUDGE

Dated this 30th day of December, 2008.