# EXHIBIT LIST

Style: **_USA v. Darwin Markeith Huggans_**   Case Number: **4:07CR00541 CDP**

| $\pi$ EX NO. | $\Delta$ EX NO. | ID DATE | BY (W #) | OBJ. TO | SUSTAINED/ OVERRULED | DESCRIPTION | DATE ADMITTED |
|---|---|---|---|---|---|---|---|
| $\pi$1 | | 1.15.09 | $\pi$1 | | | Email Message | ✔ 01/15/09 |
| $\pi$2 | | 1.15.09 | $\pi$1 | | | 911 Call (Audio Tape) | ✔ 01/15/09 |
| $\pi$3 | | 1.15.09 | $\pi$1 | | | Criminal History Report | ✔ 01/15/09 |
| $\pi$4 | | 1.15.09 | $\pi$1 | | | Transcript of Interview w/A. Stiles | ✔ 01/15/09 |
| $\pi$5 | | 1.15.09 | $\pi$1 | | | T-Shirt | ✔ 01/15/09 |

☐ EXHIBITS RETURNED TO COUNSEL   ✔ EXHIBITS RETAINED BY COURT

$\pi$ = plaintiff   $\Delta$ = defendant   **ID** = first date exhibit is used   **W#** = first witness to ID exhibit

**OBJ** = Objection  write " Obj" in red   **ADMITTED** = use ✔ and  date