```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                          EASTERN DIVISION
```

UNITED STATES OF AMERICA,   )
                            )
        Plaintiff,          )
                            )
    v.                      )   No. S1-4:07CR00541 CDP
                            )
DARWIN MARKEITH HUGGANS,    )
                            )
        Defendant.          )

## GOVERNMENT'S PROPOSED EXHIBIT LIST

COMES NOW the United States of America, by and through its attorneys, Catherine L. Hanaway, United States Attorney for the Eastern District of Missouri, and Dean R. Hoag and James C. Delworth, Assistant United States Attorneys for said District, and submits the following proposed exhibit list:

1. Photo of $12,920 U.S. currency seized from 2002 Buick Rendevous on 3/6/06;

2. UMB cashier's receipt for $12,920;

3. Consent to search form from Felisha Waller regarding 2002 Buick Rendevous (3/6/06);

3A. Photo of 2002 Buick Rendevous;

4. StLMPD report of 3/6/06 incident;

5. Photo of marijuana seized on 3/6/06;

5A. Lab report on marijuana seized on 3/6/06;

6. Photo of approximately 10 kilograms of cocaine seized on 6/13/06;

6A. Suitcase with 10 kilograms of cocaine;

6B. Lab report on 10 kilograms of cocaine;

7.    CD of phone calls (9) intercepted from court-authorized Title III over telephone (314) 565-8266;

7A.   Transcript of 6/8/06, Call #7492;

7B.   Transcript of 6/8/06, Call #7498;

7C.   Transcript of 6/9/06, Call #7634;

7D.   Transcript of 6/9/06, Call #7721;

7E.   Transcript of 6/12/06, Call #8193;

7F.   Transcript of 6/12/06, Call #8367;

7G.   Transcript of 6/13/06, Call #8523;

7H.   Transcript of 6/13/06, Call #8538;

7I.   Transcript of 6/13/06, Call #8546;

7J.   Certified copy of Title III Application relating to telephone (314) 565-8266;

7K.   Certified copy of Title III Affidavit relating to telephone (314) 565-8266;

7L.   Certified copy of Title III Order relating to telephone (314) 565-8266;

8.    N-4, consent to search form for 509 Cherry Street from Mario Salazar on 7/28/06;

9.    Photo of $76,801 U.S. currency seized on 8/1/06;

9A.   Cashier's check for $76,801 seized on 8/1/06;

10.   Photo of Chevy Tahoe seized on 8/1/06;

11.   N-16, two vacuum packed money bags from Chevy Tahoe on 8/1/06;

12.   N-17, consent to search form from Kevin Jones on 8/1/06;

13.   Cashier's check for $662,365 U.S. currency;

13A.  Photo of $662,365 U.S. currency seized at 509 Cherry Street on 7/28/06;

13B. Lab report on marijuana seized from 509 Cherry Street on 7/28/06;

14. Money ledger seized from 509 Cherry Street on 7/28/06;

15. Smith & Wesson .40 caliber handgun, serial #A3898X seized from 509 Cherry Street;

16. Photo of marijuana seized at 509 Cherry Street;

16A. Miscellaneous documents re: 509 Cherry Street;

17. St. Clair Square security tape;

18. 8/12/06 recorded call from Mario Salazar to Anthony Stiles;

18A. Transcript of 8/12/06 call;

19. Photo of 10 kilograms of cocaine seized on 8/12/06;

19A. Lab report on 10 kilograms of cocaine seized on 8/12/06;

20. 8/13/06 recorded calls (7) between Anthony Stiles and Mario Salazar;

20A. Transcript of call #1;

20B. Transcript of call #2;

20C. Transcript of call #3;

20D. Transcript of call #4;

20E. Transcript of call #5;

20F. Transcript of call #6;

20G. Transcript of call #7;

21. 8/14/06 recorded calls (2) between Mario Salazar and Anthony Stiles;

21A. Transcript of call #1;

21B. Transcript of call #2;

22. (no exhibit for this number);

23. Photo of Chevy Avalanche seized on 8/14/06;

24. Consent to search form for Holiday Inn on 8/14/06;

25. Photo of 15 kilograms of cocaine seized on 8/14/06;

25A. Lab report on 15 kilograms of cocaine seized on 8/14/06;

26. Photo of hidden compartment in Chevy Avalanche;

27. 8/13/06 phone calls (4) between Mario Salazar and Issachard Lopez;

27A. Transcript of Call #1;

27B. Transcript of Call #2;

27C. Transcript of Call #3;

27D. Transcript of Call #4;

28. Cashier's check for $70,190;

29. Photo of 2005 red Ford Expedition;

30. Photo of 2002 Buick Rendevous;

31. Photo of $136,520 U.S. currency;

32. Cashier's check for $136,520;

33. Consent to search form from Felisha Waller regarding 2002 Buick Rendevous (9/22/06);

34. 2 CDs of 7/28/06 phone calls (5 total) between Mario Salazar and Curtis Rice;

34A. Transcript of call #1 (disk 1);

34B. Transcript of call #2 (disk 1);

34C. Transcript of call #3 (disk 1);

34D. Transcript of call #1 (disk 2);

34E. Transcript of call #2 (disk 2);

35. Airline ticket for Curtis Rice;

36. Video DVD of Eric Earnest, Curtis Rice and Mario Salazar, 7/31/06;

37. Shoe box - notation - Debra Rice;

38. Individual photos of co-conspirators;

39. 3/26/07 phone call between Anthony Stiles and Mark Huggans;

39A. Transcript of 3/26/07 phone call;

40. 3/27/07 phone calls (3) between Anthony Stiles and Mark Huggans;

40A. Transcript of calls #1-3;

41. 3/27/07 body wire recording of conversation between Anthony Stiles and Mark Huggans;

42. 4/9/07 phone calls (2) between Anthony Stiles and Mark Huggans;

42A. Transcript of call #1;

42B. Transcript of call #2;

43. 4/10/07 phone call between Curtis Rice and Mark Huggans;

43A. Transcript of 4/10/07 phone call;

44. Original tape of 4/10/07 surveillance video recording at Drury Inn pertaining to Mark Huggans and Curtis Rice;

44A. DVD copy of 4/10/07 surveillance video recording at Drury Inn pertaining to Mark Huggans and Curtis Rice;

44B. Transcript of video background conversation between the agents conducting surveillance;

45. 4/10/07 KEL recording of conversation between Curtis Rice and Mark Huggans;

45A. Transcript of KEL recording;

46. 4/12/07 phone calls (2) between Curtis Rice and Mark Huggans;

46A. Transcript of call #1;

46B. Transcript of call #2;

47. 4/12/07 body wire worn by Curtis Rice;

47A. Transcript of body wire recording;

48. 4/12/07 video recording inside Best Western Hotel;

49. U.S. Cellular-brand cellular telephone seized from Mark Huggans on 4/12/07;

50. Boost Mobile-brand cellular telephone seized from Mark Huggans on 4/12/07, bearing telephone number: 333-2113, direct connect number: 157*633*11485;

51. Photo of $329,320 U.S. currency seized from Mark Huggans;

52. Cashier's check for $329,320;

53. Money counter seized from 4387 W. Hampton, St. Charles, Missouri, on 10/18/07;

54. Cashier's check for $13,569 seized from 4387 W. Hampton, St. Charles, Missouri, on 10/18/07;

55. Miscellaneous papers seized from 4387 W. Hampton, St. Charles, Missouri, on 10/18/07;

56. Affidavit of Mario Salazar;

57. Plea agreement of Anthony Stiles;

58. Plea agreement for Issachard Lopez;

59. Plea agreement for Debra Rice;

60. Plea agreement for Curtis Rice;

61. Stipulation by the Government;

62. Summary: Cash Flow;

63. Records: Car rentals - Alamo/National;

63A. Summary;

64. Records: Southwest Airlines;

64A. Summary;

65. Records: Blue Cross/Blue Shield;

65A. Summary;

66. Records: Delta Airlines;

66A. Summary;

67. Records: Missouri Dept. of Social Services Child Support;

67A. Summary;

68. Records: AIM Investments;

68A. Summary;

69. Records: Wachovia Securities;

69A. Summary;

70. Records: Calamos Investments;

70A. Summary;

71. Records: State Farm Mutual Fund & Annuity;

71A. Summary;

72. Records: U.S. Bank Credit Card;

72A. Summary;

73. Records: American Express Credit Card;

73A. Summary;

74. Records: First National Bank - VISA;

74A. Summary;

75. Records: 1994 Chevrolet Camaro Z28;

76. Records: 2000 Suzuki Hayabusa Motorcycle;

76A. Photograph of 2000 Suzuki Hayabusa Motorcycle;

77. Records: 2001 Suzuki Hayabusa Motorcycle;

78. Records: 2001 Chevrolet Camaro SS;

78A. Photograph of 2001 Chevrolet Camaro SS;

78B. Photograph of engine of 2001 Chevrolet Camaro SS;

79. Records: 2005 Suzuki Hayabusa Motorcycle;

79A. Photograph of 2005 Suzuki Hayabusa Motorcycle;

80. Records: 2006 Honda Civic;

81. Records: 2006 Nissan Altima;

81A. Photograph of 2006 Nissan Altima;

82. Records: 2006 Ironhorse Trailer;

82A. Photograph of 2006 Ironhorse Trailer;

83. Records: 2006 Lincoln Navigator;

84. Records: State Farm Vehicle & Homeowners Insurance;

84A. Summary;

85. Records: 4524 Davison - Purchase & Sale;

86. Records: 1124 Hornsby - Purchase & Sale;

87. Records: Lawsuit, Lot 73 Addyston Place;

88. Records: 4387 West Hampton Place - Purchase;

88A. Photograph of 4387 West Hampton Place;

89. Records: U.S. Bank - Deposits & Withdrawals;

89A. Summary;

90. Records: Bank of America - Deposits & Withdrawals;

90A. Summary

91. Records: Bank of America - Safe Deposit Box;

92. Tax Returns: 2002;

93. Tax Returns: 2003;

94. Tax Returns: 2004;

95. Tax Returns: 2005;

96. Tax Returns: 2006;

97. Tax Returns: Master File Transcript - 2007;

98. Master File Transcripts: 2002-2005;

99. Records: St. Louis Housing Authority;

100. Records: State Farm claims paid out;

101. Summary: Employment Statements;

The Government also reserves the right to submit additional exhibits should it become necessary.

> Respectfully submitted,
>
> CATHERINE L. HANAWAY
> United States Attorney
>
>  s/ Dean R. Hoag
> DEAN R. HOAG, #6426
> JAMES C. DELWORTH, #2961
> Assistant United States Attorneys
> 111 South 10th Street, Room 20.333
> St. Louis, Missouri 63102
> (314) 539-2200

**CERTIFICATE OF SERVICE**

    I hereby certify that on January 20, 2009, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

        Nick Zotos
        Attorney at Law
        (Attorney for defendant Huggans).

                                        s/ Dean R. Hoag
                                        DEAN R. HOAG, #6426
                                        JAMES C. DELWORTH, #2961
                                        Assistant United States Attorneys