## EXHIBIT LIST

Style: **USA vs. Huggans**   Case Number: **4:07CR541CDP**

| π EX NO. | Δ EX NO. | ID DATE | BY (W #) | OBJ. TO | SUSTAINED/ OVERRULED | DESCRIPTION | DATE ADMITTED |
|---|---|---|---|---|---|---|---|
| 7J | | | 1 | | | Cert copy of Title 3 | 11/23 |
| 7K | | | 1 | | | Cert copy of Title 3 | |
| 7L | | | 1 | | | Cert copy of Title 3 | |
| 2 | | | 1 | | | UMB Cert check 3/7/06 | |
| 7 | | | 1 | | | CD of phone calls | |
| 7A | | | 1 | | | Call # 7492 | |
| 7B | | | 1 | | | Call # 7498 | |
| 7C | | | 1 | | | Call # 7634 | |
| 7D | | | 1 | | | Call # 7721 | |
| 7E | | | 1 | | | Call # 8193 | |
| 7F | | | 1 | | | Call # 8367 | |
| 7G | | | 1 | | | Call # 8523 | |
| 7H | | | 1 | | | Call # 8538 | |
| 7I | | | 1 | | | Call # 8546 | |
| 9A | | | 1 | | | Photo of $ cargo area | |
| 9B | | | 1 | | | Cashiers check | |
| 10 | | | 1 | | | Photo of Chevy Tahoe | |

☐ EXHIBITS RETURNED TO COUNSEL   ☐ EXHIBITS RETAINED BY COURT

π = plaintiff   Δ = defendant   ID = first date exhibit is used   W# = first witness to ID exhibit

OBJ = Objection write "Obj" in red   ADMITTED = use ✔ and date

Page **1** of **17**

*EXHIBIT LIST*

Style: USA vs Huggans          Case Number: 4:07CR541CDP

| π EX NO. | Δ EX NO. | ID DATE | BY (W #) | OBJ. TO | SUSTAINED/ OVERRULED | DESCRIPTION | DATE ADMITTED |
|---|---|---|---|---|---|---|---|
| 11 | | | 1 | | | 2 vacuum packed money bags | 1/23 |
| 12 | | | 1 | | | Consent to search | |
| 13 | | | 1 | | | Cashiers check | |
| 18 | | | 1 | | | CD of recorded call | |
| 18A | | | 1 | | | Transcript of 18 | |
| 20 | | | 1 | | | CD recorded call 8/13/06 | |
| 20A | | | 1 | | | Transcript of call #1 | |
| 20B | | | 1 | | | Transcript of call #2 | |
| 20C | | | 1 | | | Transcript of call #3 | |
| 20D | | | 1 | | | Transcript of call #4 | |
| 20E | | | 1 | | | Transcript of Call #5 | |
| 20F | | | 1 | | | Transcript of Call #6 | |
| 20G | | | 1 | | | Transcript of call #7 | |
| 21 | | | 1 | | | CD recorded 8/14/06 | |
| 21A | | | 1 | | | Transcript call #1 | |
| 21B | | | 1 | | | Transcript of call #2 | |

□ EXHIBITS RETURNED TO COUNSEL     □ EXHIBITS RETAINED BY COURT

π = plaintiff   Δ = defendant   ID = first date exhibit is used   W# = first witness to ID exhibit

OBJ = Objection write "Obj" in red   ADMITTED = use ✓ and date

Page 2 of 17

*EXHIBIT LIST*

Style: USA vs Huggans     Case Number: 4:07cr541CDP

| π EX NO. | Δ EX NO. | ID DATE | BY (W #) | OBJ. TO | SUSTAINED/ OVERRULED | DESCRIPTION | DATE ADMITTED |
|---|---|---|---|---|---|---|---|
| 27 | | | 1 | | | CD recorded | 1/23 |
| 27A | | | 1 | | | Transcript of call #1 | |
| 27B | | | 1 | | | Transcript of call #2 | |
| 27C | | | 1 | | | Transcript of call #3 | |
| 27D | | | 1 | | | Transcript of call #4 | |
| 28 | | | 1 | | | Cashiers check $70,190 | |
| 32 | | | 1 | | | Cashiers check $136,500 | |
| 34 | | | 1 | | | 2 CD recorded 7/28/04 | |
| 34A | | | 1 | | | Transcript call #1 | |
| 34B | | | 1 | | | Transcript call #2 | |
| 34C | | | 1 | | | Transcript call #3 | |
| 34D | | | 1 | | | Transcript call #1 | |
| 34E | | | 1 | | | Transcript call #2 | |
| 35 | | | 1 | | | Airline ticket for Curtis Rice | |
| 37 | | | 1 | | | Shoe box | |
| 36 | | | 1 | | | 2 Panasonic Video tapes | |
| 39 | | | 1 | | | 3/6/07 CD recorded | |

☐ EXHIBITS RETURNED TO COUNSEL    ☐ EXHIBITS RETAINED BY COURT

π = plaintiff    Δ = defendant    ID = first date exhibit is used    W# = first witness to ID exhibit

OBJ = Objection write "Obj" in red    ADMITTED = use ✔ and date

Page 3 of 17

**EXHIBIT LIST**

Style: USA vs Huggans     Case Number: 4:07cr541CDP

| π EX NO. | Δ EX NO. | ID DATE | BY (W#) | OBJ. TO | SUSTAINED/ OVERRULED | DESCRIPTION | DATE ADMITTED |
|---|---|---|---|---|---|---|---|
| 39A | | | 1 | | | Transcript of 3/26/07 | 1/23 |
| 40 | | | 1 | | | CD recorded | |
| 40A | | | 1 | | | Transcript call 1-3 | |
| 41 | | | 1 | | | CD of Stiles + Huggans | |
| 42 | | | 1 | | | CD of recorded 4/9/07 | |
| 42A | | | 1 | | | Transcript call #1 | |
| 42B | | | 1 | | | Transcript call #2 | |
| 43 | | | 1 | | | CD recorded 4/10/07 | |
| 43A | | | 1 | | | Transcript of 4/10/07 | |
| ~~44~~ | | | | | | | |
| ~~44A~~ | | | | | | | |
| 44B | | | 1 | | | Transcript | 1/23 |
| ~~ ~~ | | | | | | | |
| 45 | | | 1 | | | Kel recorded | 1/23 |
| 45A | | | 1 | | | Transcript of 45 | |
| 46 | | | 1 | | | CD recorded 4/12/07 | |
| 46A | | | 1 | | | Transcript call #1 | |

☐ EXHIBITS RETURNED TO COUNSEL      ☐ EXHIBITS RETAINED BY COURT

π = plaintiff    Δ = defendant    ID = first date exhibit is used    W# = first witness to ID exhibit

OBJ = Objection write "Obj" in red    ADMITTED = use ✔ and date                Page 4 of 17

*EXHIBIT LIST*

Style: USA vs Huggans    Case Number: 4:07CR541CDP

| π EX NO. | Δ EX NO. | ID DATE | BY (W #) | OBJ. TO | SUSTAINED/ OVERRULED | DESCRIPTION | DATE ADMITTED |
|---|---|---|---|---|---|---|---|
| 46B | | | 1 | | | Transcript call #2 | 11/23 |
| 47 | | | 1 | | | CD of KEL Recorded | |
| 47A | | | 1 | | | Transcript | |
| 48 | | | 1 | | | Fugi tape CD Recorded 4/12/07 | |
| 49 | | | 1 | | | Cell phone of Huggans | |
| 50 | | | 2 | | | Boost cell phone | |
| 51 | | | 1 | | | Photos of $ seized | |
| 52 | | | 2 | | | Cashiers Check | |
| 54 | | | 1 | | | Cashiers check | |
| 55 | | | 1 | | | Misc papers from 4387 W. Hampton | |
| 56 | | | 1 | | | Affidavit statement | w/drawn |
| 53 | | | 1 | | | Money Counter St Charles 10/18/07 | 11/23 |
| 1 | | | 2 | | | Photo of US currency | |
| 3 | | | 2 | | | Consent to search | |
| 3A | | | 2 | | | Photo of Buick Rendevous | |
| 4 | | | 2 | | | Police Report | |
| 5 | | | 2 | | | Photo of Marijuana | |

☐ EXHIBITS RETURNED TO COUNSEL   ☐ EXHIBITS RETAINED BY COURT

π = plaintiff   Δ = defendant   ID = first date exhibit is used   W# = first witness to ID exhibit

OBJ = Objection write "Obj" in red    ADMITTED = use ✓ and date              Page 5 of 17

*EXHIBIT LIST*

Style: USA vs Huggans   Case Number: 4:07 CR 541 CDP

| π EX NO. | Δ EX NO. | ID DATE | BY (W #) | OBJ. TO | SUSTAINED/ OVERRULED | DESCRIPTION | DATE ADMITTED |
|---|---|---|---|---|---|---|---|
| 3A | | 1/20 | 3 | | | Photo of Buick | 1/23 |
| 1 | | 1/20 | 3 | | | Photo of seized | |
| 5 | | 1/20 | 3 | | | Photo of Marijuana | |
| 5A | | 1/20 | 3 | | | Lab report | |
| 7 | | | | | | CD | 1/20 |
| 7A-I | | | | | | Transcripts | 1/20/09 |
| 6A | | 1/20 | 4 | | | Suitcase | 1/23 |
| 6 | | 1/20 | 4 | | | Photo of cocaine | |
| 6A | | 1/20 | 7 | | | Suitcase | |
| 6 | | 1/20 | 7 | | | Photo of cocaine | |
| 6B | | 1/20 | 7 | | | Lab report | 1/20/09 |
| 59 | | 1/20 | 8 | | | Plea Agreement | 1/23 |
| 16A | | 1/20 | 8 | | | Misc documents 509 Cherry Street | |
| 14 | | 1/20 | 8 | | | Money ledger seized from Cherry Street | |
| 37 | | 1/20 | 8 | | | Shoe box | |
| 8 | | 1/20 | 9 | | | Consent to Search | |
| 13A | | 1/20 | 9 | | | Photo of safe w/ door open | |

☐ EXHIBITS RETURNED TO COUNSEL   ☐ EXHIBITS RETAINED BY COURT

π = plaintiff   Δ = defendant   ID = first date exhibit is used   W# = first witness to ID exhibit

OBJ = Objection write "Obj" in red   ADMITTED = use ✓ and date   Page 6 of 17

# EXHIBIT LIST

Style: **USA vs Huggans**  Case Number: **4:07cr541CDP**

| π EX NO. | Δ EX NO. | ID DATE | BY (W #) | OBJ. TO | SUSTAINED/ OVERRULED | DESCRIPTION | DATE ADMITTED |
|---|---|---|---|---|---|---|---|
| 16 | | 1/20 | 9 | | | Photo of Marijuana | 1/23 |
| 13b | | 1/20 | 9 | | | Lab report | |
| 14 | | 1/20 | 9 | | | Money ledger | |
| 15 | | 1/20 | 9 | | | Handgun - Smith & Wesson | |
| 10 | | 1/20 | 11 | | | Photo of Chevy Tahoe | |
| 12 | | 1/20 | 11 | | | Consent to search | |
| 9 | | 1/20 | 11 | | | Photo of hole in vehicle | |
| 11 | | 1/20 | 11 | | | 2 vacuum sealed bags | |
| 22 | | 1/20 | 11 | | | Indoor video | |
| 17 | | 1/20 | 11 | | | Outdoor video | |
| 19 | | 1/20 | 13 | | | Photo of Cocaine | |
| 19A | | 1/20 | 13 | | | Lab Report | |
| 58 | | 1/20 | 15 | | | Plea Agreement | |
| 23 | | 1/20 | 15 | | | Photo of Avalanch | |
| 27 | | 1/20 | 15 | | | Phone calls | |
| 27A | | 1/20 | 15 | | | Transcript of call #1 | |
| 27B | | 1/20 | 15 | | | Transcript of call #2 | |

☐ EXHIBITS RETURNED TO COUNSEL   ☐ EXHIBITS RETAINED BY COURT

π = plaintiff   Δ = defendant   ID = first date exhibit is used   W# = first witness to ID exhibit

OBJ = Objection write "Obj" in red   ADMITTED = use ✓ and date       Page **7** of **17**

**EXHIBIT LIST**

Style: USA vs Huggans        Case Number: 4:07cr541CDP

| π EX NO. | Δ EX NO. | ID DATE | BY (W #) | OBJ. TO | SUSTAINED/ OVERRULED | DESCRIPTION | DATE ADMITTED |
|---|---|---|---|---|---|---|---|
| 27C | | 1/20 | 15 | | | Transcript of call #3 | 1/23 |
| 27D | | 1/20 | 15 | | | Transcript of call #4 | |
| 10 | | 1/20 | 15 | | | Photo of Chevy Tahoe | |
| 23 | | 1/21 | 16 | | | Photo | |
| 23 | | 1/21 | 17 | | | Photo | |
| 24 | | 1/21 | 17 | | | Consent to Search | |
| 26 | | 1/21 | 17 | | | Photo of hidden compartment | |
| 25 | | 1/21 | 17 | | | Photo of 15 Kilos | |
| 25A | | 1/21 | 17 | | | Lab Report | |
| 30 | | 1/21 | 18 | | | Photo of Buick | |
| 33 | | 1/21 | 18 | | | Consent to Search | |
| 31 | | 1/21 | 18 | | | Photo of currency | |
| 57 | | 1/21 | 19 | | | Plea Agreement - White | |
| 18 | | 1/21 | 19 | | | 8/12/06 recorded call | |
| 18A | | 1/21 | 19 | | | Transcript of call | |
| 20 | | 1/21 | 19 | | | 8/13/06 recorded calls | |
| 20A | | 1/21 | 15 | | | Transcript of call #1 | |

☐ EXHIBITS RETURNED TO COUNSEL     ☐ EXHIBITS RETAINED BY COURT

π = plaintiff   Δ = defendant   ID = first date exhibit is used   W# = first witness to ID exhibit

**OBJ** = Objection write "Obj" in red    **ADMITTED** = use ✔ and date

Page 8 of 17

*EXHIBIT LIST*

Style: USA vs Huggans        Case Number: 4:07CR541CDP

| π EX NO. | Δ EX NO. | ID DATE | BY (W #) | OBJ. TO | SUSTAINED/ OVERRULED | DESCRIPTION | DATE ADMITTED |
|---|---|---|---|---|---|---|---|
| 20B | | 1/21 | 19 | | | Transcript of Call #2 | 1/23 |
| 20C | | 1/21 | 19 | | | Transcript of Call #3 | |
| 20D | | 1/21 | 19 | | | Transcript of Call #4 | |
| 20E | | 1/21 | 19 | | | Transcript of Call #5 | |
| 20F | | 1/21 | 19 | | | Transcript of Call #6 | |
| 20G | | 1/21 | 19 | | | Transcript of Call #7 | |
| 21 | | 1/21 | 19 | | | 9/14/06 recorded calls | |
| 21A | | 1/21 | 19 | | | Transcript of Call #1 | |
| 21B | | 1/21 | 19 | | | Transcript of Call #2 | |
| 39 | | 1/21 | 19 | | | 3/26/07 recorded call | |
| 39A | | 1/21 | 19 | | | Transcript of call | |
| 40 | | 1/21 | 19 | | | 3/27/07 recorded call | |
| 40A | | 1/21 | 19 | | | Transcript calls 1-3 | |
| 42 | | 1/21 | 19 | | | 4/9/07 recorded calls | |
| 42A | | 1/21 | 19 | | | Transcript of Call #1 | |
| 42B | | 1/21 | 19 | | | Transcript of Call #2 | |
| 102 | | 1/21 | 19 | | | Proffer letter - State | |

☐ EXHIBITS RETURNED TO COUNSEL   ☐ EXHIBITS RETAINED BY COURT

π = plaintiff   Δ = defendant   ID = first date exhibit is used   W# = first witness to ID exhibit

OBJ = Objection write "Obj" in red   ADMITTED = use ✓ and date

Page 9 of 17

*EXHIBIT LIST*

Style: USA vs Huggans    Case Number: 4:07cr541CDP

| π EX NO. | Δ EX NO. | ID DATE | BY (W #) | OBJ. TO | SUSTAINED/ OVERRULED | DESCRIPTION | DATE ADMITTED |
|---|---|---|---|---|---|---|---|
| 44 | | 1/21 | 17 | | | Tape video 4/10/07 | 1/23 |
| 44A | | 1/21 | 17 | | | DVD Copy of 4/10/07 | |
| 44B | | 1/21 | 17 | | | Transcript of video | |
| 60 | | 1/21 | 20 | | | Plea Agreement C. Rice | |
| 34 | | 1/21 | 20 | | | 2 CD's of phone calls | |
| 34A | | 1/21 | 20 | | | Transcript of call #1 | |
| 34B | | 1/21 | 20 | | | Transcript of call #2 | |
| 34C | | 1/21 | 20 | | | Transcript of call #3 | |
| 34D | | 1/21 | 20 | | | Transcript call #1 disk 2 | |
| 34E | | 1/21 | 20 | | | Transcript call #2 disk 2 | |
| 35 | | 1/21 | 20 | | | Airline Ticket for Rice | |
| 14 | | 1/21 | 20 | | | Money ledger | |
| 36 | | 1/21 | 20 | | | Video DVD | |
| 37 | | 1/21 | 20 | | | Shoe box - w/ rubberbands | |
| 43A | | 1/21 | 20 | | | Transcript of 4/10/07 call | |
| 43 | | 1/21 | 20 | | | 4/10/07 phone call | |
| 45 | | 1/21 | 20 | | | 4/10/07 KEL Recording | |

□ EXHIBITS RETURNED TO COUNSEL    □ EXHIBITS RETAINED BY COURT

π = plaintiff    Δ = defendant    ID = first date exhibit is used    W# = first witness to ID exhibit

OBJ = Objection write " Obj" in red    ADMITTED = use ✔ and date    Page 10 of 17

## EXHIBIT LIST

Style: USA vs Huggans    Case Number: 4:07 CR 541 CDP

| π EX NO. | Δ EX NO. | ID DATE | BY (W#) | OBJ. TO | SUSTAINED/ OVERRULED | DESCRIPTION | DATE ADMITTED |
|---|---|---|---|---|---|---|---|
| 45A | | 1/21 | 20 | | | Transcript of KBL | 1/23 |
| 44 | | 1/20 | 20 | | | Video 4/10/07 | |
| 44 | | 1/21 | 20 | | | 4/10/07 between Lieut Huggans | |
| 46A | | 1/21 | 20 | | | Transcript of call #1 | |
| 46B | | 1/21 | 20 | | | Transcript of call #2 | |
| 47 | | 1/21 | 20 | | | Body wire recording | |
| 47A | | 1/21 | 20 | | | Transcript of body wire | |
| 48 | | 1/21 | 20 | | | Video - Best Western | |
| 38 | | 1/22 | 1 | | | Individual Photos | |
| 109 | | 1/23 | 24 | | | Letter - from Davidson | |
| 78A | | 1/23 | 24 | | | Photo Chevy Camero | |
| 78 | | 1/23 | 24 | | | Records: 2001 Chevy Camero | |
| 82 | 1 | 1/23 | 1 | | | Records: 2006 ironhorse Trailer | |
| 82A | | 1/23 | 1 | | | Photo of 2006 ironhorse Trailer | |
| 79 | | 1/23 | 1 | | | Records: 2005 Motorcycle | |
| 79A | | 1/23 | 1 | | | Picture of Motorcycle | |
| 78 | | 1/23 | 1 | | | Records of Camero | |

☐ EXHIBITS RETURNED TO COUNSEL    ☐ EXHIBITS RETAINED BY COURT

π = plaintiff   Δ = defendant   ID = first date exhibit is used   W# = first witness to ID exhibit

OBJ = Objection write "Obj" in red   ADMITTED = use ✓ and date    Page 11 of 17

## EXHIBIT LIST

Style: USA vs Huggans    Case Number: 4:07CR541 CDP

| π EX NO. | Δ EX NO. | ID DATE | BY (W #) | OBJ. TO | SUSTAINED/ OVERRULED | DESCRIPTION | DATE ADMITTED |
|---|---|---|---|---|---|---|---|
| 78A |  | 1/23 | 1 |  |  | Photo of Camero | 1/23 |
| 78B |  | 1/23 | 1 |  |  | Engine of Camero Photo |  |
| 76 |  | 1/23 | 1 |  |  | Records Hayabusa Motorcycle |  |
| 76A |  | 1/23 | 1 |  |  | Photos Motorcycle |  |
| 83 |  | 1/23 | 1 |  |  | Records: 2006 Navigator |  |
| 81 |  | 1/23 | 1 |  |  | Records: 2006 Nissan Altima |  |
| 81A |  | 1/23 | 1 |  |  | Photo of Nissan Altima |  |
| 88 |  | 1/23 | 1 |  |  | Records: 4387 West Hampton Place |  |
| 88A |  | 1/23 | 1 |  |  | Photo of Residence |  |
| 71 |  | 1/23 | 1 |  |  | Records: State Farm |  |
| 71A |  | 1/23 | 1 |  |  | Summary |  |
| 62 |  | 1/23 | 1 |  |  | Cash flow Summary |  |
| 63 |  | 1/23 | 1 |  |  | Records - Alamo/National |  |
| 63A |  | 1/23 | 1 |  |  | Summary |  |
| 64 |  | 1/23 | 1 |  |  | Records: Southwest Airlines |  |
| 64A |  | 1/23 | 1 |  |  | Summary |  |
| 65 |  | 1/23 | 1 |  |  | Records BC/BS |  |

☐ EXHIBITS RETURNED TO COUNSEL    ☐ EXHIBITS RETAINED BY COURT

π = plaintiff    Δ = defendant    ID = first date exhibit is used    W# = first witness to ID exhibit

OBJ = Objection write " Obj" in red    ADMITTED = use ✔ and date    Page 12 of 17

## EXHIBIT LIST

Style: USA vs Huggans   Case Number: 4:07cr541CDP

| π EX NO. | Δ EX NO. | ID DATE | BY (W#) | OBJ. TO | SUSTAINED/ OVERRULED | DESCRIPTION | DATE ADMITTED |
|---|---|---|---|---|---|---|---|
| 65A | | 1/23 | 1 | | | Summary BC/BS | 1/23 |
| 66 | | 1/23 | 1 | | | Records: Delta | |
| 66A | | 1/23 | 1 | | | Summary | |
| 67 | | 1/23 | 1 | | | MO Child Support | |
| 67A | | 1/23 | 1 | | | Summary | |
| 68 | | 1/23 | 1 | | | Records A IM Investments | |
| 68A | | 1/23 | 1 | | | Summary | |
| 69 | | 1/23 | 1 | | | Records Wachovia | |
| 69A | | 1/23 | 1 | | | Summary | |
| 70 | | 1/23 | 1 | | | Records: Calamos Investment | |
| 70A | | 1/23 | 1 | | | Summary | |
| 71 | | 1/23 | 1 | | | Records: State Farm | |
| 71A | | 1/23 | 1 | | | Summary | |
| 72 | | 1/23 | 1 | | | Records US Bank Credit | |
| 72A | | 1/23 | 1 | | | Summary | |
| 73 | | 1/23 | 1 | | | Records: American Express | |
| 73A | | 1/23 | 1 | | | Summary | |

☐ EXHIBITS RETURNED TO COUNSEL    ☐ EXHIBITS RETAINED BY COURT

π = plaintiff   Δ = defendant   ID = first date exhibit is used   W# = first witness to ID exhibit

OBJ = Objection write "Obj" in red    ADMITTED = use ✔ and date

Page 13 of 17

# EXHIBIT LIST

Style: __USA vs Huggans__   Case Number: __4:07cr541CDP__

| π EX NO. | Δ EX NO. | ID DATE | BY (W #) | OBJ. TO | SUSTAINED/ OVERRULED | DESCRIPTION | DATE ADMITTED |
|---|---|---|---|---|---|---|---|
| 74 | | 1/23 | 1 | | | Records: First National | 1/23 |
| 74A | | 1/23 | 1 | | | Summary | |
| 75 | | 1/23 | 1 | | | 1994 Chevy Camaro | |
| 76 | | 1/23 | 1 | | | Motorcycle 2004 | |
| 76A | | 1/23 | 7 | | | Photo | |
| 77 | | 1/23 | 1 | | | Motorcycle 2001 | |
| 78 | | 1/23 | 1 | | | Records: 2001 Camero SS | |
| 78A+B | | 1/23 | 1 | | | Photos of Camero | |
| 79 | | 1/23 | 1 | | | Motorcycle 2005 | |
| 79A | | 1/23 | 7 | | | Photo of 2005 | |
| 80 | | 1/23 | 1 | | | 2006 Honda Civic | |
| 81 | | 1/23 | 1 | | | 2004 Nissan Altima | |
| 81A | | 1/23 | 1 | | | Photo | |
| 82 | | 1/23 | 1 | | | Records: Ironhorse Trailer | |
| 82A | | 1/23 | 1 | | | Photo | |
| 83 | | 1/23 | 1 | | | Navigator | |
| 84 | | 1/23 | 1 | | | Records: State Farm | |

☐ EXHIBITS RETURNED TO COUNSEL   ☐ EXHIBITS RETAINED BY COURT

π = plaintiff   Δ = defendant   ID = first date exhibit is used   W# = first witness to ID exhibit

OBJ = Objection write " Obj" in red   ADMITTED = use ✔ and date        Page 14 of 17

# EXHIBIT LIST

Style: **USA vs Huggans**          Case Number: **4:07CR541CDP**

| π EX NO. | Δ EX NO. | ID DATE | BY (W #) | OBJ. TO | SUSTAINED/ OVERRULED | DESCRIPTION | DATE ADMITTED |
|---|---|---|---|---|---|---|---|
| 84A | | 1/23 | 1 | | | Summary | 1/23 |
| 85 | | 1/23 | 1 | | | Records 4524 Davidson | |
| 86 | | 1/23 | 1 | | | Records: 1124 Hornsby | |
| 87 | | 1/23 | 1 | | | Records: Lawsuit Lot 73 | |
| 88 | | 1/23 | 1 | | | Records: 4387 West Hampton | |
| 88A | | 1/23 | 1 | | | Photos of 4387 West Hampton | |
| 90 | | 1/23 | 1 | | | Records Bank of America | |
| 90A | | 1/23 | 1 | | | Summary | |
| 91 | | 1/23 | 1 | | | Records: Safe deposit box | |
| 92 | | 1/23 | 1 | | | Tax Returns 2002 | |
| 93 | | 1/23 | 1 | | | Tax Return 2003 | |
| 94 | | 1/23 | 1 | | | Tax Return 2004 | |
| 95 | | 1/23 | 1 | | | Tax Return 2005 | |
| 96 | | 1/23 | 1 | | | Tax Return 2006 | |
| 97 | | 1/23 | 1 | | | Master file 2007 | |
| 98 | | 1/23 | 1 | | | Master file 2002-2005 | |
| 99 | | 1/23 | 1 | | | St Louis Housing Authority | |

☐ EXHIBITS RETURNED TO COUNSEL   ☐ EXHIBITS RETAINED BY COURT

π = plaintiff   Δ = defendant   ID = first date exhibit is used   W# = first witness to ID exhibit

OBJ = Objection write "Obj" in red   ADMITTED = use ✔ and date          Page 15 of 17

## EXHIBIT LIST

Style: __USA vs Huggens__     Case Number: __4:07CR541CDP__

| π EX NO. | Δ EX NO. | ID DATE | BY (W #) | OBJ. TO | SUSTAINED/ OVERRULED | DESCRIPTION | DATE ADMITTED |
|---|---|---|---|---|---|---|---|
| 100 | | 1/23 | 1 | | | Records: State Farm | 1/23 |
| ~~105~~ | | ~~1/23~~ | ~~1~~ | | | | |
| 106 | | 1/23 | 1 | | | Property 5734 Roosevelt Place | |
| 101 | | 1/23 | 1 | | | Summary: Employment | |
| 89 | | 1/23 | 1 | | | Records US Bank | |
| 89A | | 1/23 | 1 | | | Summary | |
| 107 | | 1/23 | 1 | | | Mutual fund store | |
| 108 | | 1/23 | 1 | | | Summary of dispostion of assets | |
| 104 | | 1/23 | 1 | | | Quick claim deed to Davidson | |
| 105 | | 1/23 | 1 | | | Quick claim deed - Concord | |
| 02 | | 1/24 | 26 | | | Cash flow chart | 1/23 |
| | A | 1/24 | 26 | | | 2005 Tax letter | 1/24 |
| | 88 | 1/24 | 26 | | | Records of West Hampton | 1/23 |
| 92 | | 1/24 | 26 | | | 2002 Tax Return | |
| 93 | | 1/24 | 26 | | | 2003 Tax Return | |
| 94 | | 1/24 | 26 | | | 2004 Tax Return | |
| | | ~~1/24~~ | ~~26~~ | | | ~~2005 Tax Return~~ | |

☐ EXHIBITS RETURNED TO COUNSEL     ☐ EXHIBITS RETAINED BY COURT

π = plaintiff    Δ = defendant    ID = first date exhibit is used    W# = first witness to ID exhibit

OBJ = Objection write "Obj" in red    ADMITTED = use ✓ and date        Page 16 of 17

## EXHIBIT LIST

Style: USA vs Huggans   Case Number: 4:07CR541CDP

| π EX NO. | Δ EX NO. | ID DATE | BY (W #) | OBJ. TO | SUSTAINED/ OVERRULED | DESCRIPTION | DATE ADMITTED |
|---|---|---|---|---|---|---|---|
| 89A | | 1/26 | 26 | | | Summary - Records USBank | 1/23 |
| 90A | | 1/26 | 26 | | | Summary - Records BOA | |
| 90 | | 1/26 | 26 | | | Records - BOA | |
| 89 | | 1/26 | 26 | | | Records - ~~BOA~~ USBank | |
| 62 | | 1/26 | 1 | | | Cash flow chart | |
| 71 | | 1/26 | 1 | | | Records: State Farm Annuity | |
| 71A | | 1/26 | 1 | | | Summary State Farm | |

☐ EXHIBITS RETURNED TO COUNSEL      ☐ EXHIBITS RETAINED BY COURT

π = plaintiff   Δ = defendant   ID = first date exhibit is used   W# = first witness to ID exhibit

OBJ = Objection write "Obj" in red   ADMITTED = use ✔ and date

Page 17 of 17