UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:07CR541 CDP |
| | ) | |
| DARWIN MARKEITH HUGGANS, | ) | |
| | ) | |
| Defendant. | ) | |

# **ORDER**

**IT IS HEREBY ORDERED** that the defendant's motions to continue [## 121 and 123] are **GRANTED**.

**IT IS FURTHER ORDERED** that sentencing as to defendant **Darwin Markeith Huggans** is reset to **Tuesday, July 7, 2009 at 1:00 p.m.** and any objections to the presentence investigation report are due on or before **June 16, 2009.** If testimony is expected counsel must notify the court at least a week before sentencing.

**IT IS FURTHER ORDERED** that the parties must file any sentencing memoranda no later than **June 30, 2009**, except that a response to a sentencing memorandum may be filed no later than **July 3, 2009**.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 13th day of May, 2009.