UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:07CR541 CDP |
| | ) | |
| DARWIN MARKEITH HUGGANS, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

**IT IS HEREBY ORDERED** that third party petitioner Carla Huggans'

petition for a hearing to determine petitioner's interest in property subject to

forfeiture [#127] is granted and this mater is set for a hearing on **Wednesday,**

**June 24, 2009 at 9:00 a.m.**  The defendant's presence is not required.


_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE


Dated this 15th day of June, 2009.