UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:07CR541 CDP |
| ) | |
| DARWIN MARKEITH HUGGANS, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

**IT IS HEREBY ORDERED** that third party petitioner Carla Huggans' motion to continue the hearing to determine petitioner's interest in property subject to forfeiture [#131] is granted and this mater is reset to **Monday, July 13, 2009 at 3:00 p.m.** The defendant's presence is not required.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 23rd day of June, 2009.