UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:07CR541 CDP |
| ) | |
| DARWIN MARKEITH HUGGANS, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

**IT IS HEREBY ORDERED** that third party petitioner Katrina Allen's petition for a hearing to determine petitioner's interest in property subject to forfeiture [#134] is granted and this matter is set for a hearing on **Monday, July 13, 2009 at 3:00 p.m. in Courtroom 14 South**. The defendant's presence is not required.

CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 6th day of July, 2009.