UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:07CR541 CDP |
| | ) | |
| DARWIN MARKEITH HUGGANS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| In re: CLAIM OF CARLA | ) | |
| WASHINGTON HUGGANS | ) | |

## ORDER

For the reasons stated on the record today,

**IT IS HEREBY ORDERED** that the petition to determine Carla Washington Huggans's interest in property subject to forfeiture [# 127] has been fully heard and the Court determines that Carla Washington Huggans has no interest in the property known as 4387 West Hampton Place Court, St. Charles, Missouri that should be exempted from forfeiture under 21 U.S.C. § 853(n)(6). Her claim to an interest in this property is DENIED.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 21st day of October, 2009.