UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:07CR541 CDP ) |
| DARWIN MARKEITH HUGGANS, | ) ) |
| Defendant. | ) ) ) |
| In re: CLAIM OF KATRINA ALLEN | ) |

## ORDER

For the reasons stated on the record at the hearing on October 13, 2009,

**IT IS HEREBY ORDERED** that the petition to determine Katrina Allen's interest in property subject to forfeiture [# 134] has been fully heard and the Court determines that Katrina Allen has no interest in the 2006 Nissan Altima, VIN 14NAL11D56C230634 that should be exempted from forfeiture under 21 U.S.C. § 853(n)(6). Her claim to an interest in this property is DENIED.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 21st day of October, 2009.